First Mercantile Company *v*. Burgess, et ux., Appellants.

714

 Argued September 12, 1975. *James G. Buckler,* for appellants; *Samuel B. Brenner,* with him *Brenner and Brenner,* for appellee.
Judgment affirmed.